Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Irina Markevich

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>IRINA MARKEVICH, et al.,<br><br>               Defendants, | CASE NO.  11-CR-0490 JAM<br><br>APPLICATION FOR COUNSEL TO MAKE SPECIAL APPEARANCE AT JULY 9, 2013 STATUS CONFERENCE |

Counsel for defendant Irina Markevich, Timothy E. Warriner, respectfully requests that the court permit attorney Dina Santos to specially appear for him at the July 9, 2013 status conference. Counsel has a pre-paid vacation in South Lake Tahoe from July 7 through 12. Counsel's agreement to set the status conference on July 9 was made in error. The government has no objection to Ms. Santos making a special appearance.

DATED: July 3, 2013        /s/ Timothy E. Warriner, Attorney for Defendant, Irina Markevich

IT IS SO ORDERED.

DATED: 7/3/2013        /s/ John A. Mendez_____
                       UNITED STATES DISTRICT COURT JUDGE

1