BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IRINA MARKEVICH, et al.,<br><br>  Defendants, | CASE NO. 2:11-CR-00490 JAM<br><br>PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HEREBY ORDERED that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with engaging in a mortgage fraud scheme.

Discovery in this case contains "Protected Information," which is defined here as including victim, co-defendant and witness social security numbers, driver's license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email addresses, names of minor children, financial records, tax records, and immigration records. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

The Protected Information is being entrusted to counsel only for the purposes of representing his/her respective defendant in this criminal case and for no other purpose. Defense counsel may not to share any documents that contain Protected Information with anyone other

than his/her designated defense investigators, experts, and support staff.  Defense counsel will have a duty to inform their defense investigators, experts, and support staff of this Order and provide them with a copy of it.   Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendants shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted of the Protected Information.  Any person receiving Protected Information or a copy of the Protected Information  from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

With respect to defendant Alex Markevich, who is representing himself, discovery provided to Alex Markevich is being entrusted to him only for the purposes of representing himself and for no other purpose.  Alex Markevich may not share any documents that contain Protected Information with anyone other than his designated defense investigators, experts and any support staff or counsel he employs.  He has a duty to inform defense investigators, experts, staff and counsel of this Order and provide them with a copy of it.  Alex Markevich may not share the Protected Information with other defendants in his case.  Any person receiving Protected Information or a copy of the Protected Information from Mr. Markevich shall be bound by the same obligations as him and further may not give the Protected Information to anyone.

All counsel and defendant Alex Markevich will store Protected Information in a secure place and use care to ensure that information  is not disclosed to third parties in violation of this agreement.  At the conclusion of the case, all defense counsel and Alex Markevich will destroy all copies of Protected Information or to return the Protected Information to the United States and certify to the United States that this has been accomplished.

Notwithstanding the foregoing, counsel, Alex Markevich, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, Alex Markevich, investigators, staff, expert or the Court.

Nothing in this Stipulation and Protective Order prevents a defense counsel or his/her respective defendant from maintaining unredacted copies of records concerning that respective defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

**IT IS SO ORDERED**:

Dated:  March 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE