1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 2:11-CR-00490 JAM

12 |         Plaintiff,                [~~REVISED PROPOSED~~ ] ORDER GRANTING
                                       GOVERNMENT'S MOTION TO COMPEL
13 |     v.                            FINGERPRINTS

14 | IRINA MARKEVICH,
     ALEX MARKEVICH,
15 | ANATOLIY MARKEVICH,
     DANIIL MARKEVICH,
16 | SVETLANA MARKEVICH,
     SERGEY PUKHKAN, and
17 | MARINA PUKHKAN,

18 |         Defendants.

19     IT IS HEREBY ORDERED that defendants Irina Markevich, Alex Markevich, Anatolity

20 Markevich, Daniil Markevich, Svetlana Markevich, Sergey Pukhkan, and Marina Pukhkan provide

21 fingerprints to the government's designated representative from the Federal Bureau of Investigation or

22 the Internal Revenue Service on or before October 7, 2014.   Fingerprinting shall take place at the

23 offices of the Internal Revenue Service at 4330 Watt Ave., Sacramento, California, at a time mutually

24 agreed upon between counsel for the government and the respective defendants.

25
                                           _/s/ Allison Claire_
26  Dated: September 30, 2014              _____
                                           THE HONORABLE ALLISON CLAIRE
27                                         UNITED STATES MAGISTRATE JUDGE

28

ORDER GRANTING GOVERNMENT'S MOTION TO                    1
COMPEL FINGERPRINTS