Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Irina Markevich

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-cr-00490 JAM |
|---|---|
| Plaintiff, | ) ORDER SEALING REPORT<br>) Local Rule 141(b) |
| vs. | ) |
| IRINA MARKEVICH, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the stipulation and order continuing date for compliance with Rule 17(c) subpoena be sealed. Access to said stipulation and order is hereby granted to defense counsel of record for defendant Irina Markevich.

Dated:  February 19, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE