UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00490 JAM |
| ) | |
| Plaintiff, ) | ORDER PROHIBITING MICHAEL |
| ) | BERGHASH FROM ENTERING U.S. |
| v. ) | DISTRICT COURT |
| ) | |
| IRINA MARKEVICH, ET AL. ) | |
| ) | |
| Defendants. ) | |

Michael Berghash, 4752 Antonia Court, Sacramento, CA 95820, is prohibited from entering the U.S. District Court located at 501 I Street, Sacramento, CA 95814, until the completion of the trial in United States vs Irina Markevich, et. al, Case #2:11-CR-0490 JAM.

IT IS SO ORDERED.

Dated:  April 30, 2015          /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge

1