BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
E. KATE PATCHEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-490 JAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING BREIFING SCHEDULE FOR POST-TRIAL RULE 29 AND 33 MOTIONS |
| v. | |
| IRINA MARKEVICH, et al.. | Date: |
| | Time: |
| Defendants. | Judge: Hon. John A. Mendez |

Over the last week, all six defendants who recently completed trial in this matter have filed post-trial motions for judgment of acquittal or a new trial pursuant to Federal Rules of Criminal Procedure 29 and 33. See ECF 343-348. Defendants Irina Markevich, Marina Pukhkan, Anatoliy Markevich, and Svetlana Markevich noticed their motions for hearing on the date set for sentencing, August 11, 2015. Defendants Daniil Markevich and Alex Markevich did not set a date. By local rule the government's oppositions would start being due this Friday, May 22. The government and the undersigned counsel for five of the defendants (all except Alex Markevich) hereby stipulate and agree, and request that the Court order, the following briefing schedule on the motions:

- Government oppositions due June 5, 2015
- Defendants' replies, if any, due June 19, 2015

The government also separately requests that the Court order the same briefing schedule for

Stipulation and Proposed Order re Briefing
Schedule on Post-Trial Rule 29 and 33 Motion

1

defendant Alex Markevich's motion, which was filed yesterday, May 20, 2015.  See ECF 348.

Dated:  May 21, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ Christopher Hales
CHRISTOPHER S. HALES
Assistant United States Attorney
E. KATE PATCHEN
Special Assistant U.S. Attorney

/s/ Mark Reichel*
MARK J. REICHEL
Counsel for Defendant Daniil Markevich

/s/ Tim Warriner*
TIMOTHY E. WARRINER
Counsel for Defendant Irina Markevich

/s/ Dina Santos*
DINA L. SANTOS
Counsel for Defendant Marina Pukhkan

/s/  Jason Lawley*
M. JASON LAWLEY
Counsel for Defendant Anatoliy Markevich

/s/ Julia Young*
JULIA M. YOUNG
Counsel for Defendant Svetlana Markevich

* Signed with permission granted via email on May 21, 2015.

**ORDER**

IT IS HEREBY ORDERED that the government's oppositions to defendants' post-trial Rule 29 and 33 motions (ECF 343-348) shall be filed on or before June 5, 2015, and defendants' replies if any shall be filed on or before June 19, 2015.

Dated:  5/21/2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE