1  Timothy E. Warriner
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   Irina Markevich

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        | CASE NO. 11-cr-0490-JAM
12 |            Plaintiff,             | STIPULATION AND [PROPOSED]
                                       | ORDER CONTINUING JUDGMENT
13 | v.                                | AND SENTENCING HEARING TO
                                       | OCTOBER 20, 2015
14 | IRINA MARKEVICH, ANATOLIY
   | MARKEVICH, DANIIL MARKEVICH,
15 | SVETLANA MARKEVICH, and MARINA
   | PUKHKAN,
16 |            Defendants,

                         **STIPULATION**

Defendants Irina Markevich, Anatoliy Markevich, Daniil Markevich, Svetlana Markevich, and Marina Pukhkan, through their respective counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

   1.   By previous order, the judgment and sentencing hearing was set for August 11, 2015.

   2.   By this stipulation, defendants now request to continue the judgment and sentencing hearing to October 20, 2015 at 9:15 a.m. Plaintiff United States of America stipulates to the requested continuance.

   3.   The court has previously continued the judgment and sentencing hearing for Alex

1

Markevich to October 20, 2015.

  4.  The date of October 20, 2015 is requested due to the involvement of Mr. Warriner, Ms. Santos, and Mr. Reichel in trials, and the need for additional time to prepare for the sentencing proceedings.

IT IS SO STIPULATED.

DATED:  July 3, 2015

        /s/ Christopher Hales_____
        Assistant United States Attorney

DATED:  July 3, 2015

        /s/ Timothy E. Warriner
        Counsel for Defendant
        Irina Markevich

DATED:  July 3, 2015

        /s/ Jason Lawley
        Counsel for Defendant
        Anatoliy Markevich

DATED:  July 3, 2015

        /s/ Mark Reichel
        Counsel for Defendant
        Daniil Markevich

DATED:  July 3, 2015

        /s/ Julia Mary Young
        Counsel for Defendant
        Svetlana Markevich

DATED:  June 20, 2015

        /s/ Dina Santos
        Counsel for Defendant
        Marina Pukhkan

**O R D E R**

GOOD CAUSE APPEARING, IT IS SO FOUND AND ORDERED this 6th day of July, 2015.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

3